UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*JUDGE McMAHON*

| BNP PARIBAS, |
| --- |
| *Declaratory Judgment Plaintiff,* |
| v. |
| CONNEXUS CREDIT UNION |
| *Declaratory Judgment Defendant.* |

07 CIV 8217

Civil Action No. _____



FED. R. CIV. P. 7.1 Disclosure

Plaintiff BNP Paribas is a non-governmental corporate party, organized and existing under the laws of France. No publicly-held corporation owns 10% or more of the stock of BNP Paribas.

Dated: September 20, 2007

Respectfully submitted,

By _____
Brad M. Behar (BB-0363)
KENYON & KENYON LLP
One Broadway
New York, NY 10004
Tel: 212-425-7200
Fax: 212-425-5288

*Of Counsel:*
Edward T. Colbert
William M. Merone
Kenyon & Kenyon LLP
1500 K Street, N.W.
Washington, DC 20005
Tel.: 202-220-4200
Fax: 202-220-4201

*Attorneys for Plaintiff BNP Paribas*