# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Rose Auslander
Partner

Direct Dial: 212-238-8601
E-mail: auslander@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

1401 Eye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

**MEMO ENDORSED**

November 20, 2007

**VIA FACSIMILE 212 805 6326**

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07
```

Re: BNP Paribas v. Connexus Credit Union., 07 Civ. 8217 (CM)(DFE)

Dear Judge McMahon:

We are counsel for defendant Connexus Credit Union in the above action.

We write with the consent of plaintiff BNP Paribas to respectfully request that the Court so order an extension of the November 20, 2007 deadline to answer or move for one month, until December 20, 2007. There has been no previous request for an adjournment of this deadline, and during the Initial Pretrial Conference in this matter on November 16, 2007, the Court indicated that it did not object to this request. As noted during that conference, the parties are currently engaged in settlement discussions, and believe those discussions will be assisted by this extension.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Rose Auslander

RA:pf

cc: Brad Behar, Esq. (via facsimile)

6250814.1