# CARTER LEDYARD & MILBURN LLP
Counselors at Law

Rose Auslander
Partner

Direct Dial: 212-238-8601
E-mail: auslander@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

1401 Eye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

**MEMO ENDORSED**

December 18, 2007

<u>VIA FACSIMILE 212 805 6326</u>

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room
New York, New York 10007

*OK - hearing
 [extension] granted*
 *Colleen McMahon
 12/18/07*

Re:   BNP Paribas v. Connexus Credit Union., 07 Civ. 8217
      (CM)(DFE)

Dear Judge McMahon:

    We are counsel for defendant Connexus Credit Union in the above action.

    We write with the consent of plaintiff BNP Paribas to respectfully request that the Court so order a second, short extension of the current December 20 deadline to answer or move, for two weeks, until January 3, 2008.

    There was one previous one-month extension, from November 20, 2007 until December 20, 2007. As noted during the Initial Pretrial Conference in this matter (on November 16, 2007), the parties have been working on settlement. We are now finalizing settlement papers, and believe we should be able to fully resolve this matter by the end of this extension.

    We appreciate the Court's attention to this matter.

Respectfully submitted,

Rose Auslander

RA:pf

cc:   Brad Behar, Esq. (via facsimile)

6259974.1

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/19/07
```