# CARTER LEDYARD & MILBURN LLP
### Counselors at Law

Rose Auslander
Partner

Direct Dial: 212-238-8601
E-mail: auslander@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

1401 Eye Street, N.W.
Washington, DC 20005
(202) 898-1515

570 Lexington Avenue
New York, NY 10022
(212) 371-2720

## MEMO ENDORSED

January 3, 2007

VIA FACSIMILE 212 805 6326

Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room
New York, New York 10007

[Stamp: USDS SDNY / DOCUMENT / ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 1/4/08]

Re: BNP Paribas v. Connexus Credit Union., 07 Civ. 8217 (CM)(DFE)

Dear Judge McMahon:

We are counsel for defendant Connexus Credit Union in the above action.

We write with the consent of plaintiff BNP Paribas to respectfully request that the Court so order a third, and we expect final, short extension of the current January 3, 2007 deadline to answer or move, for two weeks, until January 17, 2008.

There was a previous one-month extension, from November 20, 2007 until December 20, 2007, and a two-week extension until January 3. We have been working hard to finalize settlement papers for execution, but unfortunately ran into slowdowns over the holidays, and would very much appreciate the Court's patience while we wrap this matter up at the beginning of this new year.

We appreciate the Court's attention to this matter.

Respectfully submitted,

Rose Auslander

RA:pf

cc: Brad Behar, Esq. (via facsimile)

[Handwritten endorsement: "OK but this is IT! / [signature] / 1/4/08"]

6264809.1

TOTAL P.02